UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

JOEY BROCKMAN,

    Plaintiff

vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA, et. al.

    Defendants.

Case No.:     2:19-cv-00065-WOB-CJS

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT BRUNSWICK CORPORATION GROUP LONG-TERM DISABILITY PLAN**

Now comes Plaintiff, Joey Brockman, by and through counsel, who pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby voluntarily dismisses Defendant Brunswick Corporation Group Long-Term Disability Plan without prejudice. Such dismissal is as to this Defendant only and is not a dismissal of the entire case.

Respectfully submitted,

/s/ James W. Morgan

James W. Morgan, Jr. (Ky Bar # 50114)
Morgan Smith Porter PLLC
421 Madison Avenue
Covington, Kentucky 41011
(859) 491-9100 – Phone
(859) 491-9178– Fax
E-Mail: james.morgan@mspglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF System, which will send notification of such filing to all attorneys of record:

/s/ James W. Morgan
_____
James W. Morgan (Ky Bar # 50114)