UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| JOEY BROCKMAN, )<br>)<br>PLAINTIFF )<br>v. )<br>)<br>LIFE INSURANCE COMPANY OF NORTH )<br>AMERICA, et al., )<br>)<br>DEFENDANTS. ) | *FILED ELECTRONICALLY*<br><br>CASE NO. 2:19-cv-00065-WOB-CJS |

## AGREED ORDER OF DISMISSAL

Plaintiff, Joey Brockman, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice and stricken from the Court's docket with each party to be responsible for its own attorneys' fees and costs.



**Signed By:**
*William O. Bertelsman* WOB
**United States District Judge**

61865395.1

Respectfully submitted,

| | |
|---|---|
| /s/Edward C. Ahlers (by DAC with permission) | /s/ David A. Calhoun |
| Edward C. Ahlers | David A. Calhoun |
| Crowley Ahlers & Roth | R. Joseph Stennis, Jr. |
| Attorney at Law | WYATT, TARRANT & COMBS, LLP |
| 414 Walnut Street, Suite 707 | 500 West Jefferson Street |
| Cincinnati, Ohio 45202 | Suite 2800 |
| eahlers@ohio-comp.com | Louisville, KY 40202-2898 |
| | 502.589.5235 |
| and | dcalhoun@wyattfirm.com |

James W. Morgan, Jr.
Morgan Smith Porter PLLC
421 Madison Avenue
Covington, Kentucky 41011
james.morgan@mspglaw.com

**Counsel for Plaintiff, Joey Brockman**

**Counsel for Life Insurance Company of North America**

2

61865395.1